# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETER T. SANTILLI, JR.,<br><br>　　　　Defendant. | ) SEALED SUPERSEDING<br>)<br>) Case No.: 2:16-cr-046-GMN-PAL<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM FOR<br>) PETER T. SANTILLI, JR.<br>) (ID#) 79401-065<br>)<br>) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **PETER T. SANTILLI, JR.** before the United States District Court at Las Vegas, Nevada, on or about _Monday, March 28, 2016 NJK, Courtroom 3C_ _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 2, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   STEVEN W. MYHRE
3  NICHOLAS D. DICKINSON
   Assistant United States Attorneys
4  NADIA J. AHMED
   ERIN M. CREEGAN
5  Special Assistant United States Attorneys
   333 Las Vegas Boulevard South
   Suite 5000
6  Las Vegas, Nevada  89101
   702-388-6336

7               UNITED STATES DISTRICT COURT
8                   DISTRICT OF NEVADA
                         -oOo-
9

10 UNITED STATES OF AMERICA,           )   SEALED SUPERSEDING
                                       )
11         Plaintiff,                  )   Case No.: 2:16-cr-046-GMN-PAL
                                       )
12    vs.                              )   PETITION FOR WRIT OF HABEAS
                                       )   CORPUS AD PROSEQUENDUM FOR
                                       )   PETER T. SANTILLI, JR.
13 PETER T. SANTILLI, JR.,             )   (ID#) 79401-065
                                       )
14         Defendant.                  )
                                       )
15 _____)

16    The petition of the United States Attorney for the District of Nevada respectfully shows

17 that **PETER T. SANTILLI, JR.**, is committed by due process of law in the custody of the

18 Warden, Multnomah County Jail, Portland, Oregon, that it is necessary that the said **PETER T.**

19 **SANTILLI, JR.** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so

20 that the said **PETER T. SANTILLI, JR.** may be present before the United States District Court

21 for the District of Nevada, Las Vegas, Nevada, on ___ Monday, March 28, 2016 NJK, Courtroom 3C ___, at the

22 hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused

23 by the said Court.

24    That the presence of the said **PETER T. SANTILLI, JR.** before the United States

District Court on or about _____ Monday, March 28, 2016 NJK, Courtroom 3C ___, at the hour of 3:00 p.m., for

arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Multnomah County Jail, Portland, Oregon, and to the United States Marshal for the District of Nevada, commanding them to produce the said **PETER T. SANTILLI, JR.** before the United States District Court on or about _____ Monday, March 28, 2016 NJK, Courtroom 3C _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Multnomah County Jail, Portland, Oregon.

DATED this 2nd day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
STEVEN W. MYHRE
Assistant United States Attorney

2