```
                           FILED            RECEIVED
                           ENTERED          SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                APR 2 6 2016

                              CLERK US DISTRICT COURT
                                DISTRICT OF NEVADA
                           BY:                         DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00046-GMN-PAL |
| vs. | |
| PETER SANTILLI | |
| Defendant. | **ORDER** |

On April 21, 2016, the Emergency MOTION to Withdraw as Attorney for Peter Santilli was GRANTED [241].

Accordingly, IT IS HEREBY ORDERED that CHRIS T. RASMUSSEN, is APPOINTED as counsel for Peter Santilli for all future proceedings.

Joshua Tomsheck's Office shall forward the file to Mr. Rasmussen forthwith.

DATED this 26st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE