CHRIS T. RASMUSSEN, ESQ.
Nevada Bar. No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
(702) 464-6009 (Fax)
Attorney for Peter Santilli

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-0046-GMN-PAL |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION TO ADD SANTILLI TO COORDINATING DISCOVERY ATTORNEY** |
| v. | ) | |
| PETER SANTILLI, | ) | |
| Defendant. | ) | **[Proposed Order Attached]** |

Defendant, Peter Santilli, by and through counsel undersigned, Chris T. Rasmussen, Esq., submits the following Motion to Add Santilli to Coordinating Discovery Attorney.

Dated this 10th of May, 2016

_____/s/_____
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar. No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
(702) 464-6009 (Fax)
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court entered an Order to Appoint a Coordinating Discovery Attorney (Russell Aoki) on May 3, 2016. ECF 363. On April 22, 2016, the Court held a status hearing to determine whether this case should be designated complex. Santilli took no position as he had not reviewed the discovery. Santilli does wish to use the services of Aoki for purposes of receiving discovery. In the past, Counsel has used Aoki for discovery and also received the raw discovery on disk format to supply to in custody defendants. However, Aoki informed via email that he can prepare a hard drive that Santilli can use at the facility he will be held pending trial. This will alleviate the need for Santilli to receive native discovery.

## CONCLUSION

Therefore, we request that the proposed order be entered to allow Santilli to receive discovery from the CDA Aoki.

/s/ Chris T. Rasmussen

_____
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar. No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
(702) 464-6009 (Fax)
Attorney for Peter Santilli

- 2 -

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0046-GMN-PAL |
| Plaintiff, | |
| v. | |
| PETER SANTILLI, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

That Russell Aoki is appointed as Coordinating Discovery Attorney for Peter Santilli as outlined in this Court's Order issued on May 3, 2016 (ECF 363).

Dated this 12th day of May, 2016

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE