## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cr-00046-GMN-PAL |
| | ) | |
| v. | ) | |
| | ) | |
| PETER SANTILLI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO ALLOW THE FOLLOWING LISTED DETAINEES TO CONDUCT A GROUP MEETING WITH THEIR RESPECTIVE COUNSEL PRESENT ON OCTOBER 7, 2016 FROM 1PM-5PM**

**IT IS HEREBY ORDERED:** That Corrections Corporation of America allow the following detainees to be produced for a group meeting with their respective counsel present on October 7, 2016 from 1pm-5pm:

1. Peter Santilli
2. Cliven Bundy
3. Melvin Bundy
4. Ryan Payne
5. David Bundy
6. Brian Cavalier
7. Eric J. Parker
8. Richard Lovelien
9. Steven Stewart
10. Todd. C. Engel
11. Gregory Burleson
12. Joseph D. O'Shaughnessy
13. Micah McGuire

14. Jason D. Woods
15. O. Scott Drexler

DATED this 28th day of September, 2016

                                                                                  _____
                                                                     MAGISTRATE JUDGE

.