CHRIS T. RASMUSSEN, ESQ.
Nevada Bar. No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Suite 1010
Las Vegas, NV 89101
(702) 464-6007
chris@rasmussenkang.com
Counsel for Peter Santilli

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
    Plaintiff,  )  CASE NO. 2:16-CR-00046-GMN-PAL
    vs.  )
PETER T. SANTILLI,  )
    Defendant,  )
_____)

**MOTION TO WITHDRAW DOCKET NUMBER 672**

Defendant PETER T. SANTILLI, by and through his counsel Chris T. Rasmussen, Esq. moves this Court for an Order to allow Santilli to Withdraw the Motion to Extend the Motions Deadline.

Dated this 28th day of September, 2016

Respectfully Submitted,

RASMUSSEN & KANG, LLC.

/s/ Chris T. Rasmussen

_____

Chris T. Rasmussen, Esq.

IT IS SO ORDERED this 4th day of October, 2016.

Peggy A. Leen
United States Magistrate Judge