UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cr-0046-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| CLIVEN D. BUNDY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 13, 2016, the Court filed an Order directing the parties to file, *inter alia*, their Witness Lists by 4:00 p.m. on December 19, 2016. (ECF No. 1107). On December 14, 2016, Defendant Peter T. Santilli, Jr. ("Defendant") filed a Motion to Modify / Clarify (ECF No. 1119) expressing confusion about the Order as it relates to the Federal Rules of Criminal Procedure. The Court's request for the parties' Witness Lists in its Order does not replace or override the Federal Rules of Criminal Procedure or any of the court's discovery scheduling orders in this case. Rather, as all defense counsel should be well aware, the Witness Lists requested are the same lists requested in every criminal trial to facilitate *voir dire*, the determination of potential jurors' qualifications. Therefore, no modification nor clarification of Order (ECF No. 1107) is required. The parties' responsibilities and privileges regarding the disclosure of witnesses remain unchanged. Pursuant to the Order, all parties must file a list of all witnesses as required to be disclosed pursuant to federal rules and other court orders. (*See* ECF No. 1107). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 1119) is **DENIED**.

**DATED** this 15 day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court