1   CHRIS T. RASMUSSEN, ESQ.
Nevada Bar. No. 7149
2   RASMUSSEN & KANG, LLC.
330 South Third Suite 1010
3   Las Vegas, NV 89101
(702) 464-6007
4   chris@rasmussenkang.com
Counsel for Peter Santilli

5

6                      UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
7

8

9   UNITED STATES OF AMERICA,              )
                                           )   CASE NO. 2:16-CR-00046-GMN-PAL
10          Plaintiff,                     )
                                           )
11              vs.                        )
                                           )
12  PETER T. SANTILLI,                     )
                                           )
13          Defendant,                     )
    _____)
14

15              **MOTION FOR JOINDER TO DOCKET 1873**
                   **(Motion to Modify Court Order)**
16
        Defendant PETER T. SANTILLI, by and through his counsel Chris T. Rasmussen, Esq.
17
    moves this Court for an Order to allow Santilli to Join Cliven Bundy's Motion (DK 1873).
18
        Dated this 19th day of April, 2017
19
                                    Respectfully Submitted,
20
                                    RASMUSSEN & KANG, LLC.
21
                                    /s/ Chris T. Rasmussen
22

23                                  _____

24                                  Chris T. Rasmussen, Esq.

25

26

27

28