CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETER SANTILLI,<br><br>　　　　Defendant | Case No.: 2:16-cr-00046-GMN-PAL<br><br>**NOTICE OF ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED** |

　　　　Peter Santilli hereby asserts his Fifth Amendment Right to be present in Court without shackles. See United States v. Sanchez-Gomez, ___F.3d___, 2017 WL 2346955, *13 (9th Cir., May 31, 2017):

　　　　If the government seeks to shackle a defendant [in court], it must first justify the infringement with specific security needs as to that particular defendant. Courts must [then] decide whether the stated need for security outweighs the infringement on a defendant's right. This decision cannot be deferred to security providers or presumptively answered by routine policies. All of these requirements apply regardless of a jury's presence or whether it's pretrial, trial or sentencing proceeding. Criminal defendants, like any other party appearing in court, are entitled to enter the courtroom with their heads held high.

NOTICE OF ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED - 1

Consequently, this Court must order that the above named Defendant shall appear before this Court without shackles, unless and until this Court makes an "individualized decision that a compelling government purpose would be served and that shackles are the least restrictive means for maintaining security and order in the courtroom." Id. At *9.  Moreover, the Court "cannot flip the presumption against shackling by requiring that the defendant come up with reasons to be unshackled." See id. At n. 9.  Based on the Ninth Circuit's ruling, the Defendant must appear without shackles unless and until the Court conducts a hearing in the Defendant's presence and makes appropriate judicial findings.

Dated this 8th day of June, 2017.

/s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

NOTICE OF ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED - 2