# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>PETER SANTILLI,<br><br>　　　Defendant. | Case No.  2:16-cr-0046-GMN-PAL<br><br>**ORDER**<br><br>(Ex Parte Mot. to Allow for Group Meetings - ECF No. 2223) |

**IT IS HEREBY ORDERED:**

Defendant Peter Santilli's Ex Parte Motion to Allow for Group Meetings of Trial Group (ECF No. 2223) is **GRANTED**.  CCA/Core Civic shall allow for weekly group meetings with the next trial group which consists of Cliven Bundy, Ryan Bundy, Ammon Bundy, Ryan Payne, and Peter Santilli at a time convenient to the facility.

Dated this 4th day of August, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE