CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00046-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| PETER T. SANTILLI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, PETER T. SANTILLI, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, STEVEN MYHRE, that the above-captioned matter currently scheduled for January 11, 2018 at 8:00 a.m. be vacated and continued for at least 45 days or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

3. Denial of this request could result in a miscarriage of justice.

4. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

...

...

...

5. This is the first request for continuance.

DATED this 29th day of December, 2017

/s//: Chris T. Rasmussen                                            /s//: Steven Myhre

CHRIS T. RASMUSSEN, ESQ.                            STEVEN MYHRE, ESQ.
Attorney for Defendant                                          United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> PETER T. SANTILLI, ) <br> ) <br> Defendant. ) | Case No.: 2:16-cr-00046-GMN-PAL <br><br> **FINDINGS OF FACT AND** <br> **CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a contiuance of the sentencing date at least forty-five days.

...

...

...

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PETER T. SANTILLI, ) <br> ) <br> Defendant. ) | Case No.: 2:16-cr-00046-GMN-PAL <br><br> **ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 11, 2018 at the hour of 8:00 a.m., by vacated and continued to _____, 2018, at the hour of \_\_\_\_\_ a.m./p.m.

DATED this \_\_\_\_\_ day of December, 201\_.

_____
UNITED STATES DISTRICT JUDGE