CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER SANTILLI,<br><br>    Defendant | Case No.: 2:16-cr-00046-GMN-PAL<br><br>**UNOPPOSED MOTION TO TRAVEL TO BURNS, OREGON** |

COMES NOW, PETER SANTILLI, by and through his counsel of record, Chris T. Rasmussen, Esq., and submits the following Unopposed Motion to Travel to Burns, Oregon.

## MEMORANDUM OF POINTS AND AUTHORITIES

Santilli requests an Order from the Court to travel to Burns, Oregon to cover the story surrounding the pardon of the Hammonds. Santilli would fly from Cincinatti, Ohio to Boise, Idaho and drive to Burns, Oregon. He would leave July 13, 2018 and return July 17, 2018.

Counsel for Santilli has spoken with the Assistant United States Attorney assigned to this case who has no opposition to Santilli's travel. Santilli will continue to follow all of the pretrial services conditions while travelling.

## CONCLUSION

Based on the above, we request an Order allowing Santilli to travel to and from Burns, Oregon.

**IT IS SO ORDERED**.

**DATED** this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Dated this 10th day of July 2018.

/s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

UNOPPOSED MOTION TO TRAVEL TO BURNS, OREGON - 2