CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER T. SANTILLI,<br><br>    Defendant. | Case No.: 2:16-cr-00046-GMN-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, PETER T. SANTILLI by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, DANIEL SCHIESS, that the above-captioned matter currently scheduled for August 9, 2018 at 9:00 a.m. be vacated and continued until September 11, 2018 at any time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Counsel for the Defendant needs additional time to prepare for sentencing;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date;

...

...

6. This is the fourth request for continuance.

DATED this 24th day of July, 2018.

/s//: Chris T. Rasmussen

CHRIS T. RASMUSSEN, ESQ.
Attorney for Defendant

/s//: Daniel Schiess

DANIEL SCHIESS
United States Attorney

1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 007149
2  330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
3  (702) 464-6007
   Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:16-cr-00046-GMN-PAL |
| vs. | ) | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| PETER T. SATNILLI, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Counsel for the Defendant needs additional time to prepare for sentencing;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date until September 11, 2018.

3. This is the fourth request for continuance.

...

...

...

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PETER T. SANTILLI,

    Defendant.

Case No.: 2:16-cr-00046-GMN-PAL

**ORDER**

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for August 9, 2018 at the hour of 9:00 a.m., by vacated and continued to September 11, 2018, at the hour of 9:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

    DATED this 26 day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE