CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER SANTILLI,<br><br>    Defendant | Case No.: 2:16-cr-00046-GWF-PAL<br><br>**SENTENCING MEMORANDUM** |

PETER SANTILLI, by and through his counsel of record hereby submits the following Sentencing Memorandum.

Dated this 4TH day of September, 2018.

                                                /s/ Chris T. Rasmussen
                                            CHRIS T. RASMUSSEN, ESQ.
                                            Nevada Bar No. 7149
                                            RASMUSSEN & KANG, LLC.
                                            330 South Third Street Suite 1010
                                            Las Vegas, Nevada 89101
                                            702-464-6007
                                            chris@rasmussenkang.com

SENTENCING MEMORANDUM - 1

# MEMORANDUM OF POINTS AND AUTHORITIES

**Introduction**

Santilli has plead guilty to his role in interfering with BLM officers who were travelling from the desert on to a public highway during their cattle roundup. He was one of the first people to enter into a plea agreement. Since his release on October 6, 2017, Santilli has be on supervision in Cincinnati, Ohio.

**Conduct**

Santilli was covering the Bundy Ranch incident for his internet radio program and other entities interested in using his video and audio. Santilli traveled by automobile to Bunkerville, Nevada with the intent of interviewing the Bundy family members and cover the government cattle round up operation. Santilli noticed vehicles traveling out of the desert which caused him to travel to the area with his video camera. His actions blocked the pathway of government vehicles exiting the area. This conduct led Santilli to enter a plea of guilty.

**Character**

Santilli is a disabled United States Marine who receives monthly Veterans Administration benefits. He has zero criminal history points and has been on supervision since October 6, 2018.

**Future**

Santilli will continue providing commentary on daily news issues on his internet radio show entitled "The Pete Santilli Show". Since this incident, and after serving 21 months in custody, Santilli has learned to keep an arms-length distance from the issues he covers. It is worth noting, that there was not a single witness identified by the government that indicated that they travelled to Bundy Ranch because of listening to The Pete Santilli Show.

## CONCLUSION

SENTENCING MEMORANDUM - 2

We respectfully request that Santilli be sentenced to time served.

Dated this 4th day of September, 2018.

/s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN & KANG, LLC.
330 South Third Street Suite 1010
Las Vegas, Nevada 89101
702-464-6007
chris@rasmussenkang.com

SENTENCING MEMORANDUM - 3