CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
ctr@rasmussenlaw.com
Attorney for Peter Santilli

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PETER SANTILLI,<br><br>        Defendant | Case No.: 2:16-cr-00046-GMN-PAL<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [UNITED STATES PROBATION HAS NO OBJECTION]** |

COMES NOW, PETER SANTILLI, by and through his counsel, Chris T. Rasmussen, Esq., and submits the following Motion for Early Termination of Supervision.

Dated this 7th day of February, 2019.

/s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
ctr@rasmussenlaw.com
Attorney for Peter Santilli

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [UNITED STATES PROBATION HAS NO OBJECTION] - 1

## MEMORANDUM OF POINTS AND AUTHORITIES

Santilli was sentenced on September 11, 2018 to probation and two years of supervised release. Since his time on supervised release, Santilli has been a stand-out with zero issues. His Officer has no objection to termination of supervised release.

Santilli has zero restitution or fees due and has never tested positive for a controlled substance. He has continued to broadcast his shows without any issues. The government objects to this request.

Dated this 16th day of March, 2020

/s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
ctr@rasmussenlaw.com
Attorney for Peter Santilli

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [UNITED STATES PROBATION HAS NO OBJECTION] - 2