**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv





02/06/2025

**Judge Gloria Navarro**          **Via Email:** LV_public_docketing@NVD.uscourts.gov
**United States District Court**
**District of Nevada (Las Vegas)**
**333 Las Vegas Blvd South**
**Las Vegas, NV 89101**

In Re: Case 2:16-cr-00046-GMN

In April 2024, I filed a letter ( See Document # 3598 Case 2:16-cr-00046-GMN-NJK Filed 04/22/24) with the Court addressing several extremely important facts for the Court to consider, with the assumption that you would not ignore them in your ruling denying Eric Parker's Writ of Error Corum Nobis.

Please allow me to re-emphasize the most important issues raised in my motion letter, as they have not only impacted Parker's motion for Writ of Error Corum Nobis, the motion denying Parker's Writ of Error Corum Nobis is further evidence of "continuing adverse consequences" each defendant has experienced since their indictments, trials, and/or convictions. In this motion letter, I will be much more direct & concise so as to alert the Court and the Department of Justice of the far-reaching implications of the Order Denying Writ of Error Corum Nobis  (See Case 2:16-cr-00046-GMN-NJK Document 3603 Filed 11/19/24) affecting each Defendant in the Bundy cases, as well as the discovery of additional evidence through a multi-year, ongoing  investigation which continues to this day:

- **Ineffective Assistance of Counsel:**  Prior to my plea and sentencing in September 2018, my CJA (Criminal Justice Act) court-appointed attorney informed me that another whistleblower declaration from Federal Agent and Bureau of Land Management lead case agent Larry Wooten had surfaced.   My attorney also informed me that all of the Defendants' counsel were brought into the judges chambers and threatened with jail time if the contents or existence of this letter was disclosed to "even the defendants".  My attorney advised me that he didn't even bother to look at the letter, because the threat was so serious, that he didn't want to "put himself in a position of having knowledge of the contents of the letter if it ever leaked out".   He advised me to "move on" with my life, and that the letter had nothing to do with me.  It is now apparent, for many reasons, that my indictment should never have brought against me, and that my attorney was more concerned about the threats made against him than seeking justice for me, his client.

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



- **Conflicts of Interest – Assistant U.S. Attorney Steven W. Myhre**:  As our comprehensive, multi-year investigation progresses to date, it has become evident that Steven Myhre may have direct knowledge and may have directly participated in the illegal surveillance of Bundy defendants and their supporters.   For instance, court testimony in the Oregon pre-trial litigation in the Bundy "Malheur National Wildlife Occupation" case revealed the existence of "legal intelligence software" known as PALANTIR MINT, originally developed by the Central Intelligence Agency and packaged for use by the Department of Justice to surveil and pursue "Domestic Violent Extremists".   It has also been reported by a separate whistleblower who built a "private NSA surveillance system" housed in Fort Washington Maryland; originally designed to surveil foreign adversaries; was used against American citizens, and that forensic evidence exists and is in the custody of the Central Intelligence Agency's Office of Inspector General that the system in Fort Washington Maryland has several FBI child-porn servers whereby covert operators within the FBI, CIA, Department of Justice and other agencies communicate operational orders and instructions via the chat rooms on child porn websites.

- The whistleblower is a source in my investigation, and I have obtained evidence to corroborate his allegations that these servers were accessed by DOJ and FBI investigators, as well as prosecutors such as U.S. Attorney Daniel Bogden and Steven Myhre, among others, for surveillance of political opponents, government officials and federal judges for the purposes of blackmail, spying on defense attorneys and their defendant clients, and reverse-engineering criminal indictments against political opponents.   In my letter, mentioned that Steven Myhre is a subject of our investigation without disclosing the aforementioned details.   I assumed that the Court would take the path of least resistance in justifying Myhre's recusal from the case by considering that he was found to have committed Brady violations, spearheaded the gross government misconduct resulting in dismissal of the case at trial in January 2018, and that his direct involvement by responding to Parker's Writ of Error Corum Nobis on behalf of the U.S. Government was improper and a violation of the DOJ's own policies, at the very least.   To date, my letter has never been responded to, nor were serious issues of Myhre's conflicts of interest ever addressed in Parker's Order Denying Writ of Error Corum Nobis  (See Case 2:16-cr-00046-GMN-NJK Document 3603 Filed 11/19/24).

- **In the Bundy criminal cases, evidence of crimes against the United States of America and its Citizens exists; is in the custody of the U.S. Government, and is being suppressed by a States Secrets Privilege:**   In my letter and sworn affidavit submitted to the Court, I indicated that my life was in danger, and that my investigation has produced evidence and testimony specifically related to the Bundy cases.   To be

**Peter T. Santilli**

**Santilli & Associates**
**pete@sbnmedia.tv**



more specific, the evidence I was referring to will provide indisputable proof that the U.S. Government not only ran an operation to provoke an armed confrontation with the American people, they fully intended to win the armed confrontation by deploying armed predator drones over Bundy Ranch protestors out of the DOD/CIA "P.O.C." based in Nellis Air Force Base.

• Video evidence of the armed predator drones is contained on hard drives in the custody of the CIA's OIG.  Additionally, the former Senior Counsel for the FBI James Baker has acknowledged that the FBI received custody of this evidence in sworn testimony at a Congressional hearing.  Judge Navarro, setting aside the seemingly extravagant allegations outlined against Daniel Bogden and Steven Myhre above, please consider that there is sworn affidavits from the whistleblower who designed the surveillance system, court cases which have been litigated for many years, and sworn testimony of his first hand-hand knowledge of armed predator drones being deployed and tested over civilian occupied areas of Nevada for many years.  Despite many attempts to blow the whistle on these unlawful activities, individuals with criminal intent within our U.S. Government have suppressed this information by abusing the States Secrets Privilege legal doctrine.   This evidence must be revealed in our Bundy cases, which is why I attempted to introduce the existence of "new evidence" into Eric Parker's case file.  Denying our Writs of Error Corum Nobis is yet another legal mechanism Steven Myhre has abused as part of his effort to cover up crimes perpetrated upon the United States of America and its government officials & citizens.

Judge Navarro, the motion letter and sworn declaration I submitted to you was very serious, and I also indicated that my life has been in danger throughout the time I have uncovered this information through my comprehensive investigation.  I am perplexed why your order denied Parker's Writ, citing it was untimely, especially considering that the information about the Wooten letter was never known to Parker until June 2023.

I am also perplexed why any federal judge would completely ignore my plea for intervention by the court, especially considering that I believe my life is in grave danger.  Setting aside my personal stake in the potential outcome of your ruling, my intention was to bring these matters to your attention, as you considered your final ruling.   These very serious allegations – sworn under oath ---  affecting all of the Bundy Defendants which you and the U.S. Government completely ignored.

Once again, as I expressed in my original unanswered letter last April, I will give the benefit of the doubt that you are merely a useful pawn in this grand criminal conspiracy scheme being exploited and lied to by the prosecution;  as you have been throughout our entire criminal proceedings.

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
[pete@sbnmedia.tv](mailto:pete@sbnmedia.tv)



Since day 1 of my 619 days of false incarceration, I have always tried to put myself in the shoes of Oregon District Judge Anna Brown, and yourself.  If I were a Federal Judge and was told that Cliven Bundy, et al. were all dangerous "domestic terrorists", I would not want to release them from prison on my watch.  Although my life was destroyed, and I lost 619 days of my life in pre-trial detention, I am still sympathetic to your decision to side with information provided to you by so-called professional prosecutors and federal law enforcement.   We now know that the information you were given was false.

Considering the complexities and sensitivity of the information and evidence that the Court has been misled, and used as a pawn in the weaponization of government against the American people, I have sent a letter to the newly confirmed U.S. Attorney General Pam Bondi, as well as the nominee for Director of the FBI Kash Patel.

Additionally, I have agreed to provide sworn testimony, whistleblower affidavits, and any legal documentation I have obtained to corroborate and support  the very serious allegations which have far reaching implications related to our national security.   I believe that once everything is revealed, the Bundy criminal cases will be the cornerstone in understanding the multi-decade conspiracy perpetrated by a relatively small group of malicious & criminal actors.

**<ins>EXAMPLE OF FAR-REACHING IMPLICATIONS OF IGNORING STEVEN Myhre's CONFLICTS OF INTEREST RELATED TO THE BUNDY RANCH INDICTMENTS</ins>**

In April of 2014, I was informed by Former Nevada Assemblywoman Michele Fiore that she received a "knock at the door" by Oathkeeper's leader Stewart Rhodes.   Rhodes came to her with very credible intelligence from a source connected to the Department of Defense that a drone strike upon the Bundy Ranch was imminent.   I recorded the telephone calls including a conversation I had with Stewart Rhodes while he was present with Michele Fiore at her residence, reporting information to her about the drone strike.  I also recorded Michel Fiore as she processed this information and determined that the appropriate course of action was to notify the Governor of Nevada and stop the drone strike.   Michel Fiore, recognizing the imminent danger the Bundy family was in, immediately proceeded to the Bundy Ranch, and told the Bundy Family that she was going to remain at the ranch as a deterrent to avoid a potential drone strike.

She literally put her life on the line as she contacted the Governor with the intelligence information she received.  Thankfully, as a result of Michel Fiore's decisive actions, the drone strike never took place, and a news report from a reputable "main stream" journalist confirmed that the Obama administration had in fact considered the option, but it was called off.  We assumed that it was called off due to the leak, and actions taken by Michel Fiore & Governor

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
**pete@sbnmedia.tv**



Sandoval.

Based on sworn declarations provided by a witness, Steven Myhre was obviously very upset with Michele Fiore & her advocacy for the defendants, as he personally threatened that he was "going after" her.  In fact, it has been recently determined that Michel Fiore has been deemed to be a "DOMESTIC TERRORIST" since 2014, and under constant surveillance by the U.S. Government.   There is sufficient evidence to believe that the Department of Interior's Bureau of Land Management has been attempting to remove Cliven Bundy from his land for many decades at the behest of environmental organizations such as the Sierra Club, and Center for Biological Diversity, and with the direct assistance of federal prosecutors Bogden, Myhre, and Ahmed.

During my 619 of pre-trial detention, I was able to research and valid this allegation through our discovery documents whereby Myhre's first involvement in pursuing Cliven Bundy is dated back to approximately 2003, and documentation shows that correspondence to Cliven Bundy was cc'd to NGO's such as the Sierra Club.  Of course, this documentation remains under seal under the false guise of protecting sources, methods and protecting the identities of federal law enforcement.  When taken into full context, the protective order seals evidence of a vast, multi-decade conspiracy to perpetrate crimes against the United States of America on behalf of NGO's whose interests are in securing control of trillions of dollars in natural resources wealth.   Michele Fiore was an obstacle, and an obvious thorn in the side of Myhre, and for over 10 years he maliciously pursued her as he promised.   Finally, after almost a decade of threats, intimidation, illegal surveillance, and malicious prosecution, Michele Fiore was recently indicted, arrested, and convicted thanks to the false witness trial testimony by Governor Joe Lombardo.  Joe Lombardo was the under sheriff involved in the entrapment operation in April 2014, and additionally committed perjury on the stand as a witness in Eric Parker's trial.  Lombardo escaped accountability for his perjury because the second trial was dismissed before he was scheduled to give testimony in Cliven Bundy's trial.

Judge Navarro, please consider that your failure to respond and act upon my letter demanding Steven Myhre be recused resulted in his active participation in the cover-up of the government's involvement in the pre-planned operation to provoke an armed confrontation in 2014, his continued pursuit of one of our witnesses to the drone strike in 2014 (Michel Fiore), and the eventual prosecution and conviction of our witness Michel Fiore on fabricated charges.  She is currently awaiting sentencing and faces a sentence equivalent to life in prison.  Additionally, the discovery she received prior to trial indicated that Myhre and the FBI were surveilling Michel Fiore for almost 10 years, utilizing our nation's most sophisticated technology housed in Fort Washington Maryland, and accessed by government contractors.

Just imagine the political poisonous "fruit" Mr Myhre & his fellow criminal cabal members were

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
**pete@sbnmedia.tv**



able obtain from NSA-level, 702 query-level surveillance of every political operative who has had contact with Michel Fiore over the past 10 years.

Also noteworthy, the law enforcement whistleblowers within the LVMPD who came to Michel Fiore when she was Las Vegas City Councilwoman with credible information about Joe Lombardo's cover-up of evidence related to the Mandalay Bay massacre. For instance, I am personally aware of LVMPD officer whistleblowers with first hand knowledge who contacted Michele Fiore indicating that the Mandalay Bay shooter did not commit suicide. He was assassinated by LVMPD first responders. I am also aware that as City Councilwoman, Michele Fiore was also told by LVMPD officers that there were numerous reports, and 911 call evidence of multiple shootings up and down the Las Vegas strip on the night of the massacre, and Joe Lombardo was single-handedly involved in covering up this critical information "for national security reasons", and on behalf of corrupt FBI Special Agent in Charge Aaron Rouse.

It's no wonder that Steven Myhre was so intimately involved in pursuing Michel Fiore for almost a decade but never pulled the trigger on arresting her on trumped-up charges until recently. Since she took the bench as a judge in Nye County, Fiore is no longer a treasure trove of data through illegal surveillance. The benefits of obtaining a wealth of information gathered from NSA-level surveillance of everyone coming to her over a 10 year period; ranging from DOD whistleblowers about imminent drone strikes, and LVMPD officers with information about the Mandalay Bay cover-up by Joe Lombardo, far outweighed the benefits of arresting, and thereby ending their intelligence gathering operation through her as a central source. Although Myhre was not listed as the prosecutor in Fiore's indictment, his name is listed and his direct involvement in her prosecution is evidenced throughout her discovery. Her trial attorney confirmed these facts directly with me, and in violation of the protective order.

Judge Navarro, what I am about to disclose to you, and what I have disclosed thus far is very serious as it relates to our national security. Please consider that this letter is also being delivered directly to our newly confirmed Attorney General Pam Bondi, as well as our nominated Director of the FBI. I am willing to provide all of my evidence collected during my investigation over the past 10 years, as well as sworn testimony that everything I have conveyed in this filing is truthful, to the very best of my knowledge, and based on years of research and investigation. Since my early interaction with Michel Fiore, I have made contacts with witnesses and helpful patriotic, law abiding individuals in the State of Nevada, and in some cases referred these contacts with first hand accounts of potential crimes to Michele Fiore who, in her capacity as Nevada Assemblywoman, City Councilwoman, as well as Nye County Judge, has always exhibited the highest integrity of any public official I've ever known in my entire life.

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
**pete@sbnmedia.tv**



When she was indicted, I travelled to Nevada to assist her legal team prepare for her defense.   I have personally interacted with her private attorney, and received information which as he violated the protective order prohibiting him from disseminating any information related to her case.   Through my interaction with Michel's trial attorney, I also informed him about the information related to her whistleblower status regarding the drone strike in 2014, my knowledge of LVMPD officers who witnessed what happened to Paddock during the Mandalay Bay massacre, and my knowledge of witnesses who had first hand experience with Joe Lombardo's cover-up of the Mandalay Bay massacre --- which in fact was actually a terrorist attack in Las Vegas.

In my opinion, and based on my personal interaction with her trial attorney, I believe her conviction was a direct result of the ineffective assistance of counsel, especially with respect to protecting her as a target of Myhre & other unknown entities interested in suppressing Joe Lombardo's involvement in the cover-up of the Mandalay Bay.  Fiore's trial attorney appeared to be overwhelmed by the magnitude and volume of evidence of malicious prosecution, and he completely disregarded this and other evidence during her jury trial.  The jury convicted Fiore primarily based upon suppression of critical evidence,  Joe Lombardo's false testimony, and especially because of her attorneys refusal to even file a motion related to possible malicious prosecution.   In my opinion and first hand account of his absolute incompetence, there's no doubt in my mind that her attorney is singlehanded responsible for her conviction, and I am confident her conviction will be overturned partly because of grossly ineffective assistance of counsel.

Although I have a vested interested in protecting Fiore as a witness in our Bundy cases, I cannot, in good conscience, allow our government to incarcerate her for life on trumped up charges by Steven Myhre, and false testimony by documented Bundy trial perjurer Joe Lombardo, both of them working in concert to silence Michel Fiore, especially because of her knowledge of Lombardo's cover-up of the Mandalay Bay terrorist attack in October 2017.

Additionally, during my visit to meet with Michel Fiore's legal team during trial preparation, I met an attorney named Sigal Chattah who was assisting in Michel Fiore's defense.    During our conversations, she informed me that she was the attorney for my whistleblower who was attempting to expose Fort Washington Maryland.   Her legal work was to assist the whistleblower in getting the States Secret's Privilege lifted on any crimes against the United States of America.   Based on my discussion with her, I believe that is she was successful in obtaining an appointment to become the next U.S. Attorney for the District of Nevada, that she has the integrity and knowledge to be able to expose everything I've alleged in this letter.

Coincidentally, I received information from a source who told me that Joe Lombardo recently met President Trump during his last visit to Nevada, and he reportedly tried to block Sigal

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



Chattah's nomination for U.S. Attorney in favor of Lombardo's recommendation of "one of his cronies". I can only assume that all this information was obtained through surveillance by the FBI, which Michel Fiore's attorney personally advised me was active during my visit to Nevada, as he received multiple calls from the DOJ indicating so. In fact, I was made aware by her attorney that they received discovery containing FBI videos and photos of a press conference I organized and attended after meeting with Fiore's legal team – we were surrounded by federal agents during a press conference whereby all Las Vegas media were in attendance. Not one news outlet published a written or video news report, and it has been reported that the news media was warned by the FBI not to publish or broadcast the information presented due to "national security reasons".

### <u>DOJ's/Myhre'S SURVEILLANCE NOT LIMITED TO FORT WASHINGTON MARYLAND</u>

Over several years of investigation, our team led by investigator Lance Migliaccio has uncovered one of the biggest, most egregious violations of attorney-client privileged communications not only involving the Bundy defendants, but many defendants across the U.S. since approximately 2006. The Department of Justice and Securus have conspired, collaborated, and knowingly exploited a software glitch which allowed the DOJ & law enforcement to spy on attorney-client calls during the Bundy Defendant's pre-trial detention. Based upon deep research of the matter, we have determined that the DOJ and Securus are both aware of this software glitch, and have never fixed it. In fact, the DOJ continues to request "updates" to the software, which triggers removal of the blocks intended to filter attorney-client communications. In the Bundy cases, all defendants who were placed in facilities with Securus telephone recording services had their jail calls spied upon. Our ongoing research indicates this is a wide-spread conspiracy which has impacted millions of defendants throughout the United States and is ongoing, even impacting all of the January 6 defendants. I believe Mr. Steven Myhre is well aware of this exploit, and we expect that future discovery will uncover his career-long violations of these egregious Constitutional violations. There are numerous and relatively recent cases in California and Kansas (F Levenworth) whereby Core Civic and Securus were caught and settled for millions of dollars for violating the Constitutional rights of prisoners.

### <u>PARKER'S ORDER DENYING WRIT OF ERROR CORUM NOBIS COMPLETELY IGNORED VERY SERIOUS ALLEGATIONS CONTAINED IN THE APRIL 2024 LETTER.</u>

In addition to being perplexed about the Court agreeing with the government's argument that the petition was filed "too late" --- Parker and other defendants like myself only knew about the Wooten 2 letter years after our pleas, dismissals, convictions and sentences. Parker was notified in late June of 2023.

## P.O. Box 30122 Cincinnati, Ohio 45230

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



Steven Myhre should have recused himself, especially since he is the subject of our criminal investigations.   He prepared the government responses to Parker's motions, and also acknowledged he was still involved in our cases despite being removed during the trials. Myhre and U.S. Attorney Danial Bogden are accused of prosecutorial misconduct, spearheading gross government misconduct, and are also the primary subjects of serious allegations of unlawful surveillance of defendants, attorneys, government officials, law enforcement, and possibly federal judges.   Evidence of these crimes have been submitted by a whistleblower, the former Senior Counsel for the FBI James Baker has acknowledged that the FBI took custody or this evidence, and the government has acknowledged that this evidence is in their custody, and in safe keeping with the CIA's O.I.G.   This is not conjecture or conspiracy theory, this is documented in federal court and congressional hearing transcripts which I can provide upon request.

Pursuant to 28 U.S.C. § 1651, "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." The writ of error *coram nobis* is a "highly unusual remedy, available only to correct grave injustices in a narrow range of cases where no more conventional remedy is applicable." *United States v. Riedl*, 496 F.3d 1003, 1005 (9th Cir. 2007). The writ is "used only to review errors of the most fundamental character." *Matus-Leva v. United States*, 287 F.3d 758, 760 (9th Cir. 2002). To qualify for a writ of error *coram nobis*, the petitioner must show "(1) a more usual remedy is not available; (2) valid reasons exist for not attacking the conviction earlier; (3) adverse consequences exist from the conviction sufficient to satisfy the case or controversy requirement of Article III; and (4) the error is of the most fundamental character." *Hirabayashi v. United States*, 828 F.2d 591, 604 (9th Cir. 1987) ("*Hirabayashi* requirements"). "Because these requirements are conjunctive, failure to meet any one of them is fatal." *Matus-Leva*, 287 F.3d at 760.

Post conviction and sentencing discoveries for all defendants are extra ordinary, and due to the suppression of evidence which corroborates Federal Whistleblower testimony by Larry Wooten, as well as ineffective assistance of counsel issues relating to my plea agreement whereby (a) Attorney were reportedly threatened by Judge Navarro with jail time for disclosing the contents of the Wooten declarations and (b) I was not made aware of the actual contents until Wooten 2 was published on the federal appeals court docket by Cliven Bundy's attorney and (c) Adverse consequences continue to this day, as I am constantly under serious threat of bodily harm and even death, I cannot carry a firearm for my protection, and I cannot obtain a security clearance required for my business in some instances --- which is the desired effect of the U.S. Government's pursuit of a felony charge in my plea  agreement.  As to my innocence in the charges brought against me, and my plea agreement, I should never have

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



been indicted t begin with. The federal government never had a legitimate, valid warrant to impound cattle, yet I was convicted on plea agreement for impeding an unlawful cattle impoundment convoy.

## WEAPONIZATION OF GOVERNMENT UTILIZING DOMESTIC TERRORIST DESIGNATION

The Domestic Terrorist designation not only injects fear into the heart and mind of the Court, it is the legal trigger mechanism which activates NSA-caliber surveillance by law enforcement and even private contractors who are allowed access to Fort Washington Maryland.    For FISA Warrants, NSA & U.S. MILITARY are prohibited from unmasking American citizens. For search warrants on Domestic Terrorists, the private contractors do not care about surveilling Americans, and are not prohibited from surveilling American citizens who have been categorized as Domestic Terrorists.  Entrapment, wrongfully applied Domestic Terrorist designations, and malicious prosecution of targets of the FBI's Operation PATCON is a pattern of government abuse dating back to tragic events such as the Oklahoma City Bombing.  Our multi-year investigation has produced evidence which includes, but is not limited to the following:

1) The entire Bundy Ranch "stand-off" (as it was coined by the media & operatives within the Department of Interior) *was a government operation deigned to provoke an armed confrontation with the American people.*    For instance, evidence exists whereby JTTF operatives began the operation to "lure supporters" of Cliven Bundy through social media influence operations by JTTF members who are experienced with military and foreign intelligence services.   Prosecutors within the Nevada District travelled to Bunkerville well in advance of the protests in April 2014 to "coach" federal agents on how to set up the entrapment operation, essentially reverse-engineering the indictments.

2) Loretta Lynch, Attorney General at the time of our indictments, transferred control of our nation's DNS to a company called Neustar when she was the FCC Director, 2 weeks prior to 9-11.  (Coincidentally, Loretta Lynch was the person who signed off on my arrest warrant.)   This was the pre-cursor to obtaining total control of our internet and telecommunications infrastructure when an emergency order was signed immediately after 9-11.   All data and telecom traffic was funneled through a centrally controlled entity which is responsible for the extreme security vulnerabilities of our current internet. For instance, the "Ericsson Report" published by Open Source Investigator Michael Rae Khoury illustrates how all FISA court data passes through traffic hubs originally setup and controlled by Neustar.     Our entire telecommunications infrastructure has been captured, and control given to companies such as Neustar, a well as foreign corporations such as Ericsson Corporation, the only

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



corporation to have been <u>twice convicted by the DOJ for material support of foreign terrorism</u>.   The central hub of their spynet is currently located in Fort Washington, Maryland, and has been weaponized against corporations, government officials, federal judges, Supreme Court Judges, local judges, politicians, and law enforcement. The system was built for the purpose of "going after the bad guys overseas", but has long since been converted into a very dangerous political surveillance weapon, and industrial espionage tool.

3)  Former Nevada Assemblywoman; Former Las Vegas City Councilwoman and Former Nye County Judge Michel Fiore is one of the prime examples of constant, relentless & malicious surveillance of public officials for political purposes.

4)  Our investigative team which includes former Oklahoma State Representative Charles Key has identified the location of approximately 150 legal file boxes (Merrick Garland Archives) containing indisputable evidence that *Former Attorney General Merrick Garland was single-handedly responsible for the cover-up of the U.S. Government's involvement in the Oklahoma City Bombing.*   Based on Former State Representative Charles Key's comprehensive OKC bombing investigative report titled "FINAL REPORT On The Bombing of The Alfred P. Murrah Federal Building April 19, 1995"; evidence uncovered through years of litigation against the U.S. Government by Attorney Jesse Trentadue, coupled with evidence contained in the Merrick Garland archives, we believe we have discovered the genesis of the U.S. Government's multi-decade operation targeting patriotic American citizens – OPERATION PATCON – which led to the Bundy Ranch Operation.  Operation Patcon eventually progressed with advanced technology deployed in the Bundy Ranch entrapment operation leading to the April 12, 2014 confrontation between American citizens & federal agents.  There is overwhelming evidence proving that it was all pre-planned and manufactured for the purpose of provoking an armed confrontation with the American people.  We have no doubt that the same bad actors within the DOJ, FBI, JTTF and U.S. Military deployed the same illegal tactics upon January 6 defendants as they practiced on the Bundy Defendants, and we will work diligently to make the connection through upcoming January 6th litigation.

Judge Navarro, you are presiding over a historic criminal conspiracy case, and you have a very unique opportunity to be on the right side of history.   I want to propose the following legal mechanisms as a means to expose who the real criminal conspirators are in the Bundy Ranch cases:

**A) APPOINT A SPECIAL MASTER** to assist the court in managing the complex or specialized issues that may be beyond the typical expertise or capacity of this court. The legal basis for appointing a special master is outlined in Rule 53 of the Federal Rules of Civil Procedure, which permits such appointments under specific circumstances:

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



1. **Consent of the Parties**: A court may appoint a special master to perform duties agreed upon by the parties involved in the litigation.

2. **Exceptional Conditions**: A special master can be appointed to hold trial proceedings and make or recommend findings of fact on issues to be decided without a jury if there is:

   • An exceptional condition; or
   • The need to perform an accounting or resolve a difficult computation of damages.

3. **Posttrial Matters**: A special master may address posttrial matters that cannot be effectively and timely addressed by the district judge of the Nevada district.

If the court refuses to appoint a Special Master, we will file a motion to seek your recusal and disqualification from the case. 28 U.S.C. § 455 requires that a judge must recuse themselves for **Personal Bias or Knowledge:** If the judge has personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts.

There are witnesses who were present during an an alleged in-chambers meeting with the attorneys whereby they were threatened with "jail time by the judge" if anyone leaked or disclosed the contents of the Wooten memos.

**B) U.S. ATTORNEY GENERAL SHOULD APPOINT A SPECIAL COUNSEL.**  In the alternative to appointment of a Special Master, the U.S. Attorney General should appoint a Special Counsel because Rule 53 does not specifically mandate the appointment of a special master in situations where both the judge and prosecutor are alleged to be corrupt. In such scenarios, other legal mechanisms are typically employed to address concerns of judicial or prosecutorial misconduct:

1. **Judicial Recusal or Disqualification**: If a judge is believed to be corrupt or biased, parties can file a motion seeking the judge's recusal or disqualification from the case. Federal law, specifically 28 U.S.C. § 455, outlines the circumstances under which a judge must disqualify themselves, including situations where their impartiality might reasonably be questioned.

2. **Appointment of a Special Prosecutor or Independent Counsel**: In instances where a prosecutor is alleged to be corrupt or has a conflict of interest, an independent prosecutor or special counsel may be appointed to oversee the case. This ensures that the prosecution is conducted impartially and without undue influence. The appointment of special counsels is governed by specific regulations within the Department of Justice.

Judge Navarro, very corrupt individuals within the U.S. Government's Department of Justice, Department of Interior, Bureau of Land Management, and Federal Bureau of Investigations

**Peter T. Santilli**

**Santilli & Associates**
pete@sbnmedia.tv



have conspired to deprive the Bundy Defendants of our Constitutional Rights.   They conspired to illegally surveil, entrap and maliciously prosecute the defendants, and thankfully they were caught.   We have the evidence, whistleblower testimony including from the lead case agent, Federal Agent Larry Wooten, and we will not back down in our attempts to bring justice to each and every Defendant.

Through this effort, we also seek to rid the federal judiciary of bad actors who have destroyed many lives by obstructing justice and undermining public trust in governmental institutions.  If called upon to do so, I will give sworn testimony under oath to the facts and details contained herein, as well as the letter and sworn affidavit which was  curiously unopposed by Steven Myhre on behalf of the U.S. Government, and remains statements of fact on the public docket to this day.

Regards,

Peter T. Santilli

email: pete@sbnmedia.tv

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Santilli & Associates**
<u>pete@sbnmedia.tv</u>



## <u>ATTACHMENT:  LETTER DELIVERED TO PAM BONDI & KASH PATEL</u>

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



02/01/25

**Attorney General Pam Bondi**
**FBI Director (Nominee) Kash Patel**          **Delivered By A Trusted Source**
Washington DC

This correspondence is intended to alert the United States Attorney General and Director of the FBI about serious national security matters related to the weaponization of government towards the American people.   I am an independent media talk show host, investigative journalist, and was a political prisoner held for 619 days pre-trial as a result of my advocacy for Nevada Rancher Cliven Bundy and his family.   If called upon to do so, I agree to provide a sworn affidavit, and I will provide in person, under oath testimony as well as submit to a polygraph examination if necessary to validate the information contained herein.

In January 2019 I filed a State Bar complaint in Washington, DC against one of the attorneys involved in our Bundy cases in Nevada.   Contained within the approximate 1200 pages I attached to my complaint was an individual I was informed had been similarly harmed by the attorney, and who I believed would be a witness to corroborate some of the allegations I made in my complaint.

Since 2019, I have developed a close relationship with the potential witness I listed in my DC State Bar complaint, and I have been informed that he also filed a State Bar compliant in Washington DC, and we share the same investigator.

I am writing to inform you that this individual has become an extremely valuable source of information related to the Bundy cases, particularly his first hand knowledge that there is video evidence of an armed Predator drone flown out of Nellis Air Force Base in southern Nevada over the Bundy ranch.   Allegedly, the Obama Administration had authorized use of the Predator drone against the Bundy Family and their supporters, but after a DOD source leaked the information to Oathkeepers leader Stewart Rhodes, he then notified Nevada Assemblywoman Michel Fiore.   Fiore then contacted then governor Sandoval & the drone strike was called off.   Actual video evidence of the armed Predator drone was submitted along with 10's of terra-bytes of data evidence of the Obama Administration's illegal surveillance and cyber warfare against millions of Americans and U.S. Government officials.

I have determined through my own independent research of his multiple patents, as well as his entire legal history that this individual is a brilliant, accomplished computer scientist who designed and owns patents on the most powerful cyber warfare & surveillance systems on

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



the planet, especially after 9-11, and the system he designed is reportedly housed and operated by the U.S. intelligence services and their private contractors in Fort Washington, Maryland.   The system was originally designed for use against our nation's foreign enemies, but when he discovered that his patented technology was utilized against the American people, he started the formal legal process of becoming a whistleblower, while at the same time protecting our national security as it relates to methods utilized to pursue our foreign terrorist enemies and other foreign adversaries.

Contrary to other high level whistleblowers who have revealed classified information to the public in violation of national security law, this individual never violated his SAP (Special Access Program) security clearance, and around 2016, pursued a legal path as a whistleblower with the assistance of his attorney.    In 2016, with the assistance of his attorney, made arrangements to deliver evidence contained on approximately 50 hard drives to the Federal Bureau of Investigations.   At the time, James Baker,  Senior Counsel for the FBI, reportedly led the negotiations for the transportation and transfer of the hard drives via a SCIF in Florida, whereby several agents with SAP level clearance were present along with the whistleblower's attorney, who was given a special 2 hour security clearance to assist in transferring custody of the evidence to the U.S. Government.

For well over a decade, the whistleblower has been unsuccessful in pursuing a legal path to disclosing the biggest crimes perpetrated upon the United States of America and it's citizens. He has been legally 'gagged' by a State's Secret Privilege executed by former Director of National Intelligence John Negroponte, and has been prohibited from providing any testimony. [ See Attachment F - Case 3:06-cv-00056-PMP-VPC Document 83-2 Filed 09/25/06 Page 2 of 11 ]
.
Additionally, the whistleblower has suffered life-threatening, ill health, having survived multiple strokes, hospitalizations for critical health issues, and most recently, within the past couple days I have been informed that a doctor indicated he "may have been poisoned".   I have also been informed that his health has rapidly deteriorated and "we don't know how long he will be with us...he could leave us any day."

Although I began developing a relationship with the whistleblower as a "source" for my State Bar Complaint, and investigative work relating to my false indictment in the Bundy case, over the past five years I have become a very close confidant and friend to the whistleblower. Although it has been an unspoken truth that he "cheated death" through multiple major strokes, we have recently had discussions that he wanted to come forward to give a "deathbed confession" --- not only to clear his conscience, but to clear his name which has been destroyed by the intelligence services – John Brennan & Jame Clapper in particular.

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



The whistleblower's name is Dennis Montgomery, and he has informed me within the past couple weeks that he is currently running a server farm at an undisclosed location which has a copy (RAID) of all of the data running through Fort Washington, Maryland.  As I understand it, he owns the patent to the source code, and receives information every time the system in Fort Washington Maryland is used without his permission or without compensation for its use. Mr. Montgomery has also informed me that there is a security procedure he has programmed into the system (an insurance policy) that if he does not ping the system, it will release all of the information to a pre-selected group of individuals.  Based on his long term & current health condition, and the extremely high probability that he could pass away at any moment, I am convinced that the public release of all of the data in Fort Washington, Maryland is imminent.  After years of insistence and earning his trust, Mr. Montgomery has informed me that I will be one of the individuals who is on the distribution list if something should happen to him.

Although individuals with SAP level security clearance have been "read-in" and cannot confirm or deny the findings of my open source research, the following are details of what I understand about the system in Fort Washington, Maryland.   Important note: Mr. Montgomery has never violated his SAP security clearance or non-disclosure agreements, and we both agreed that it was important to preserve the integrity of my investigation, and the credibility of his testimony.

1. The physical location of the super-computer in Fort Washington, Maryland is: Department of Defense Security Institute, Interagency Training Center Office of Special Technology, 10530 Riverview Road, Fort Washington, Maryland. (See attachment A)
2. The "system", as I have learned through my open source research, as well as research of my discovery in the Bundy cases, is a private NSA that was built by individuals such as John Brennan, James Clapper, James Comey, Clinton's, Bush'sBarack Obama, etc. al. For the purposes of being utilized against our foreign adversaries.
3. After 9-11, Dennis Montgomery designed, patented and built the system which was leased for use by the U.S. Government.
4. Around 2006, Mr. Montgomery filed a lawsuit against his partner eTREPPID TECHNOLOGIES,LCC and Warren Trepp for Copyright Infringement, breech of contract, among many other allegations.  Warren Trepp was a prominent figure in the financial industry during the 1980s, serving as the chief trader for Michael Milken at Drexel Burnham Lambert.   I have speculated based on information I've gathered from research and source testimony that Trepp likely evaded indictment for his egregious financial crimes due to his alleged high level connections with organized crime (Bonanno Family), as well as the powerful organized crime family known as the Central

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



Intelligence Agency, The Securities & Exchange Commission, the Department of Justice, and the Federal Bureau of Investigations.

5. Since Montgomery's lawsuit against Trepp beginning around 2006, Montgomery has had his reputation destroyed, his name defamed, he's been rendered destitute especially from millions of dollar spent on legal bills, and the FBI acted as a pawn for Warren Trepp to obtain from Montgomery what Trepp was unable to obtain in a civil lawsuit --- utilizing the full force of the government.

6. As to Mr Montgomery's knowledge of crimes committed against the U.S. Government against Americans and U.S. government officials, to this day these crimes are unlawfully classified and prohibited from disclosure under a State's Secret Privilege.

7. Ongoing litigation since the mid 2000's ultimately led to Mr. Montgomery turning over evidence to the U.S. Government to former Senior Counsel for the FBI James Baker (also former legal counsel and intelligence community mole at Twitter.com)  [See Attachment B & C]

8. The U.S. Government prosecutors have acknowledged that Mr Montgomery's evidence is in safe keeping with the Central Intelligence Agency's Office of inspector general. [ See Attachment D]

9. The serial numbers of the hard drives containing evidence of what Mr. Montgomery believed to be violations of 50 USC Section 1809 which were delivered and received by the Federal Bureau of Investigations is cataloged on FBI form FD-597 [See Attachment E]

10. Dennis Montgomery has filed a comprehensive, 194 page sworn declaration [See Case 3:06-cv-00056-MMD-CSD Document 1216-2 Filed 08/20/22] [Attachment Y ] which contains statements of facts, security clearances, U.S. Government contracts with the CIA, FBI, DOD, Military, Homeland Security. In the declaration, Mr Montgomery testifies under oath to the following:

    • Beginning in 2005, I (Mongomery) became aware that the CIA and the National Security Agency (NSA) had started using the eTreppid technology that I had developed for locating terrorists abroad to conduct surveillance of citizens of the United States, including members of the Supreme Court of the United States and thousands of other federal and state jurists, members of Congress, state officeholders, numerous public figures and religious leaders in the U.S., and other Americans.

11. I have been able to deduce from open source intelligence, witness testimony, and various confidential source disclosures from retired military personnel, evidence contained on the hard drives include, but are not limited to the following:

    ○ The Trump 2016 campaign and Presidency was spied upon.   Neustar, (Now called Vercara) was the government contractor for cyber security of the White House and allegedly helped facilitate a terminal connection for Barack Obama (or his surrogates) from the executive office of the President to Fort Washington,

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



Maryland.  Obama and his surrogates allegedly accessed and utilized powerful hacking tools to perpetrate corporate espionage, cyber warfare including electronic mind control, hacking bank accounts, and communicated operational orders via child porn website chat rooms managed by the Federal Bureau of Investigations.

○  Coincidentally, Neustar was given control of our entire DNS system 2 weeks prior to 9-11 by then FCC Director Loretta Lynch.   After 9-11, the entire telecommunications infrastructure managed by U.S. Government national security contractor AT&T was subverted and captured under "emergency authority".   [See Attachment O – The Ericsson Report and contact author/OSI researcher Michael Rae Khoury for more forensic evidence of these allegations]

○  Surveillance by the Obama Administration of over 30 million Americans, including U.S. Government officials.  Our nations most sophisticated cyber warfare tools have been used against the American people, including government officials for blackmail, harassment, hacking bank accounts, etc.

○  The FBI ran approximately 23 child porn websites.  Individuals recruited or invited by the intelligence community reportedly receive operational orders via child porn chat rooms, and to maintain operational security, the child porn sites were used as leverage to blackmail and silence subjects visiting the sites.  Note: There are reportedly 11 child porn websites attributed to Supreme Court Justice Jihn Roberts. Evidence is in the custody of the CIA's OIG.  [See Case 3:06-cv-00056-MMD-CSD Document 1216-2 Filed 08/20/22 Page 20 of 194 / Attachment Y – Declaration of Dennis Montgomery]

○  I have researched and determined through open source intelligence that former CIA Director John Brennan and Former FBI Director James Comey left public service in the mid-2000's to work for the private sector. John Brennan formed "The Alliance Corporation" and James Comey became General Counsel for Lockheed Martin.  During that time, Dennis Montgomery's technology was utilized in what can be described as a "private NSA" originally built in Reno, Nevada, and subsequently moved to Fort Washington Maryland.   This system reportedly has the same or greater capabilities of the NSA's super computers, except it was designed to be accessed by private contractors set up by Brennan, Comey, Clapper, and many other deep-state characters.   Access to the Fort Washington Maryland system by private contractors was an end-around legal mechanism to avoid Constitutional prohibitions which limited NSA & U.S. Military personnel in surveilling U.S. Citizens.

○  Of the many real time hacking capabilities of the system in Fort Washington Maryland, elections are easily manipulated utilizing several layers of real time data:  Cell phone technology, voter data, precinct reporting, voting machine

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



wireless transmissions and/or backend access and many other "points of failure".   Real time cell phone data captured and transmitted via the Fusion Centers is analyzed to calculate, for instance, how many same-day Trump voters are en route to cast their ballots.   High speed printing & counting contractors such as Runbeck in Arizona receive an order to print or transfer enough ballot images to maintain just enough of a lead so as not to trigger a recount.

o  Our nation's entire telecommunications system has been compromised.  With the assistance of Marxist revolutionaries within our government at the FCC and CISA, Ericsson Corporation; a foreign corporation which ash been twice convicted by the DOJ for material support of terrorism; has been given control of our text messaging, cell phone and 911 system.

o  **THE GREAT DECEPTION**:  Very sophisticated technology in Fort Washington Maryland has reportedly been deployed by the Central Intelligence Agency as part of a long term, incremental "brain-washing", cyber warfare program intended to perpetrate the greatest psychological operation upon humanity – to create the false illusion of God. The technology incorporates AI software programs, DARPA Technology, MKUltra, Project Bluebeam and AI driven social engineering software programs.    Based on information from confidential sources, and open source intelligence gathering, the program is active at this moment and recent announcements about revolutionary AI compute and energy system build-outs are specifically designed for this demonic purpose.  Alien disclosures are merely a stepping stone in the psychological operation.  DARPA and other government entities have published several patents which indicate that the system in Fort Washington Maryland has the capabilities to wirelessly transmit signals which will trigger chemical impulses in the mind, audible sounds and physical reactions to convince humans that they have personally witnessed God's presence.   This great deception is currently in progress, and is ultimately an artificial, technocratic illusion intended to cause humans to defect from our real God.  Once the human mind and soul have been captured by this Great Deception, there will be nothing anyone can do to convince them of what they have personally experienced.   The long term psychological operation perpetrated upon humanity to distrust government, vaccines, and establishment media have all been part of the pre-conditioning for the Great Deception.  For instance, when a real virus reaches pandemic levels and an effective vaccine is introduced to the population, dissenters will resist and will be killed off en masse. This has all been preplanned; deliberate; and all for the purpose of mass de-population.  Overwhelming evidence of these and other crimes being perpetrated upon humanity are contained in the evidence in the custody of the

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



    CIA's office of Inspector General.
- Dennis Montgomery designed the system for use against our foreign adversaries.  Once he discovered that the Obama administration was using it against Americans, he blew the whistle.  Since then, his life has been destroyed, his personal character attacked and his reputation as one of the world's most brilliant computer scientists has been decimated.

## MY BACKGROUND

Beginning in 2014, I covered a major news story in Bunkerville, Nevada when heavily armed federal agents from the Department of Interior's Bureau of Land Management (BLM). Immediately after a radio interview I conducted with rancher Cliven Bundy on April 8, 2014, I travelled to Bunkerville to investigate reports of government overreach, federal agents arresting Bundy family members for video recording their cattle impoundment operations, as well as reported snipers surrounding the Bundy family residence.  On the morning of April 9th I arrived at the Bundy residence and was invited to cover a planned protest to encourage the Clark County Sheriff to intervene and stop heavy-handed tactics of armed federal agents.   At approximately noon on April 9th, I recorded a video of BLM agents who were in a 20+ vehicle convoy returning from the desert to impound/collect cattle.  When protestors attempted to confront the convoy, federal agents jumped out of their vehicles with AR-15's and began tasing and throwing unarmed protestors holding cell phones and signs to the ground.  The video was published to Youtube, and became the fastest video to reach 1,000,000 views in Youtube's history.

As a result of public outrage & interest in this national news story, dozens of news outlets descended upon Bunkerville with reporters and live satellite trucks, and positioned themselves for days of live news coverage leading up to a protest planned by the Bundy family on Saturday April 12th .   The protest was organized for the purpose of demanding that the Clark County Sheriff intervene to protect life, liberty and property of the Bundy family members and their supporters from the Bureau of Land Management's militaristic cattle impoundment operation.

On April 12th  2014, when the Clark County Sheriff addressed the crowd in attendance and announced that the cattle would be released, protestors were met by 70 heavily armed federals agents. Although news outlets reported that there was an "armed standoff", federal agent whistleblower & Bureau of Land Management case agent Larry Wooten submitted a 250 page declaration which indictaed that the entire operation was entrapment, and a Nevada Federal Judge stated that it as part of a larger government operation intended to provoke an armed confrontation.

## P.O. Box 30122 Cincinnati, Ohio 45230

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



Later in the month of April 2014, Oathkeeper's leader Stewart Rhodes received a credible report from a DOD source that the Obama Administration was planning a "drone strike" against the Bundy family and their supporters who remained at Bundy Ranch to protect life, liberty and property from the Obama Administration.  The person Stewart Rhodes reported the drone strike intelligence report to was former Nevada Assemblywoman Michele Fiore. When Stewart Rhodes initially knocked at Michele Fiore's front door to notify her of the imminent drone strike, she texted me and I immediately spoke to her and Mr. Rhodes by telephone. [See Audio Recordings - Attachments K, L & M].  Michele Fiore contacted then Governor Sandoval and the drone strike rumor was exposed and stopped in it tracks.

Months later an article was published by a very reputable investigative journalist confirming that "the option of a drone strike was on the table, but was not approved. "  Of course the article has since been wiped off the internet, but thankfully, almost 6 years later, Dennis Montgomery came forward with video evidence that for many years, the DOD and CIA had illegally been flying armed predator drones over Nevada residents, and then in 2014, deployed an armed Predator Drone which the Obama administration considered using on American protestors at Bundy Ranch.

Coincidentally, Michel Fiore and Stewart Rhodes have been deemed to be "domestic terrorists", and of course surveilled out of Fort Washington Maryland with the equivalent of a FISA 702 Query for over 10 years.     Michel Fiore was finally ram-rodded at federal trial with false allegations, and she is currently awaiting a 30 year (life) sentence for trumped-up fraud charges.   Stewart Rhodes was indicted in the January 6th Fed-surrection and has been released from incarceration after having his sentence commuted.   The criminal cabal within the DOJ and FBI are as patient as our foreign adversaries before they strike – in this instance, they enjoyed the rewards of 10 years of illegally surveilling 2 high level political opponents.  One cannot negate the possibility that their status as a "domestic terrorist" allowed the intel services to listen in on every conversation over the past 10 years – a treasure trove of illegal surveillance, blackmail and targeting of lessor known political adversaries.   In my opinion, Michel Fiore and Stewart Rhodes are victims of a weaponized government, and should be pardoned immediately.

Throughout my entire 619 days of false incarceration as a political prisoner, I spent ever waking moment combing through discovery, piecing together sources, methods and prosecutorial/government misconduct.  The Bundy discovery is still under seal, and even one of the cases in Nevada dismissed as part of the cover-up.    It has been my mission to investigate the real criminals within our government, and I trust that if everything contained in this letter is properly investigated, we can heal our country.

## P.O. Box 30122 Cincinnati, Ohio 45230

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
**pete@sbnmedia.tv**



RECOMMENDATIONS

1. In light of the above, in my opinion, Michel Fiore and Stewart Rhodes are victims of a weaponized government, and should be pardoned immediately.

2. The State's Secret Privilege should be lifted on Dennis Montgomery's evidence of crimes against the United States of America.

3. Fort Washington Maryland should be raided and taken over. All perpetrators of the crimes against the United States of America should immediately be indicted and tried for their crimes.

4. We must acknowledge that Congress itself has been compromised, and has become the biggest weapon in the weaponization of Government.   For instance, transcribed testimony from Former Senior Counsel James Baker confirmed that Dennis Montgomery reported violations and provided evidence of violations of  50 USC Section 1809.  Congressman Jim Jordan questioned Baker in October 2018, and nothing has ever been made public or resolved.  Why?   The answer is easily found in the numerous documented instances whereby investigators on the Weaponization Committee, as well as various other important committees,  have literally been caught covering up or burying critical evidence.   Considering that Montgomery's evidence includes instances of blackmail of government officials, we must assemble an outside independent investigative body to investigate Congress themselves.   Until then, the perpetual "do-nothing" montra of Congress will remain.   My fellow wrongfully indicted defendant Eric Parker has founded a non-profit called The Frank Church Foundation. Based on what I understand his mission to be, this is exactly the type of independent non-governmental entity that can investigate, bring accountability, and propose legislative solutions.

5. BUNDY RANCH INDICTMENTS:  For the past 10 years we have investigated and researched the government's weaponization of the DOJ, FBI and Department of Interior, and after 2 federal trial wins, the most recent win was by way of dismissal, we have built a solid indictment against federal prosecutors, judges and federal agents who participated in one of the most egregious entrapment operations designed to provoke an armed confrontation with the American people.   Before January 6th can ever be investigated, the DOJ and FBI under new leadership must investigate Bundy Ranch in Nevada and the Malheur National Wildlife Refuge Occupation in Oregon.

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



6. The very first step in following these recommendations is to seize approximately 150 legal file boxes (in safe keeping & ready for seizure) which contain indisputable proof/ evidence that Merrick Garland was single handedly involved in covering up the Government's involvement in the Oklahoma City Bombing.    Based on my research and investigations, I have determined that former Oklahoma State Representative Charles Key and Investigator/Documentary film maker Chris Emery can lead the investigation and demonstrate how Operation Patcon was the genesis of the multi- decade operation to take down the American Patriot.  Additionally, it will also expose malicious government actors such as the Southern Poverty Law Center, as they were involved in the government's operation in Oklahoma City.   As the the weaponization  of government, our investigations of Bundy Ranch and the Oklahoma City Bombing ave proven that the Southern Poverty Law Center has helped create domestic violent extremism, so that they can present themselves to congress and law enforcement as experts in domestic violent extremism.

7. Finally, a recommendation from Rancher Cliven Bundy: "One thing we learned in the federal court system is that they detest the U.S. Constitution.  It wasn't even allowed to be mentioned in the court room  or present in front of the jury.   Every court room in America should have the U.S. Constitution chained to the judge's bench and in front of every juror."

As I mentioned at the open of this letter, I am prepared to give sworn testimony to everything contained in this letter. Please contact me if I can be of any further assistance in helping you save the United States of America.

Best Regards,

Peter T. Santilli
Email: pete@sbnmedia.tv

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



All Attachments: DENNIS MONTGOMERY

**ATTACHMENT LINKS – DROPBOX**

MAIN FILE FOLDER LINK

1 BONDI PATEL_MONTGOMERY Letter_Pete Santilli

A Attachment - Fort Washington Maryland

B Attachment - Baker Transcript 1

C Attachment - Baker Transcript 2

D Attachment Govt Acknowledgement

E Attachment FBI Evidence Receipt

F Attachment 2007-08-29-US Protective Order - SSP – 2007-08-29

G Attachment -DOJ FBI Executives Approved Running a Child Porn Site

H Attachment -Judge Rules FBI Running Child Porn Site for 13 Days Was Not Outrageous Conduct

I Attachment -Lawyer Dark Web Child Porn Site Ran Better When It Was Taken Over by the FBI

J The FBI Spent 775K on Hacking Teams Spy Tools Since 2011

K Attachment Stewart Rhodes - Drone Strike At Bundy Ranch_Final

L Attachment Stewart Rhodes - Drone Strike At Bundy Ranch

M Attachment Stewart Rhodes

O Attachment TheEricssonReportv1.0

P Attachment 592_Pattis_TNW-NEWS

W Attachment 2006-11-28-Magistrate Cooke Ruling 2006-11-28

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



X Attachment 3net product brochure-39

Y Attachment_Montgomery Declaration

Z Attachment Trump_RICO_Neustar
**ATTACHMENT LINKS – GOOLE DRIVE**

MAIN FILE FOLDER LINK

1 BONDI PATEL_MONTGOMERY Letter_Pete Santilli

A Attachment - Fort Washington Maryland

B Attachment - Baker Transcript 1

C Attachment - Baker Transcript 2

D Attachment Govt Acknowledgement

E Attachment FBI Evidence Receipt

F Attachment 2007-08-29-US Protective Order - SSP – 2007-08-29

G Attachment -DOJ FBI Executives Approved Running a Child Porn Site

H Attachment -Judge Rules FBI Running Child Porn Site for 13 Days Was Not Outrageous Conduct

I Attachment -Lawyer Dark Web Child Porn Site Ran Better When It Was Taken Over by the FBI

J The FBI Spent 775K on Hacking Teams Spy Tools Since 2011

K Attachment Stewart Rhodes - Drone Strike At Bundy Ranch_Final (DROPBOX)

L Attachment Stewart Rhodes - Drone Strike At Bundy Ranch (DROPBOX)

M Attachment Stewart Rhodes (DROPBOX)

O Attachment TheEricssonReportv1.0

P Attachment 592_Pattis_TNW-NEWS

W Attachment 2006-11-28-Magistrate Cooke Ruling 2006-11-28

X Attachment 3net product brochure-39

**P.O. Box 30122 Cincinnati, Ohio 45230**

**Peter T. Santilli**

**Co-Owner**
**Santilli & Associates**
pete@sbnmedia.tv



Y Attachment_Montgomery Declaration

Z Attachment Trump_RICO_Neustar

**ATTACHMENT LINKS – SCRIBD**

1 BONDI PATEL_MONTGOMERY Letter_Pete Santilli

A Attachment - Fort Washington Maryland

B Attachment - Baker Transcript 1

C Attachment - Baker Transcript 2

D Attachment Govt Acknowledgement

E Attachment FBI Evidence Receipt

F Attachment 2007-08-29-US Protective Order - SSP – 2007-08-29

G Attachment -DOJ FBI Executives Approved Running a Child Porn Site

H Attachment -Judge Rules FBI Running Child Porn Site for 13 Days Was Not Outrageous Conduct

I Attachment -Lawyer Dark Web Child Porn Site Ran Better When It Was Taken Over by the FBI

J The FBI Spent 775K on Hacking Teams Spy Tools Since 2011

K Attachment Stewart Rhodes - Drone Strike At Bundy Ranch_Final (DROPBOX)

L Attachment Stewart Rhodes - Drone Strike At Bundy Ranch (DROPBOX)

M Attachment Stewart Rhodes (DROPBOX)

O Attachment TheEricssonReportv1.0

P Attachment 592_Pattis_TNW-NEWS

W Attachment 2006-11-28-Magistrate Cooke Ruling 2006-11-28

X Attachment 3net product brochure-39

Y Attachment_Montgomery Declaration

Z Attachment Trump_RICO_Neustar

**P.O. Box 30122 Cincinnati, Ohio 45230**